No. 90–7317. CUEVAS *v.* COLLINS, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.;

No. 90–7344. WILLIAMS *v.* ARIZONA. Sup. Ct. Ariz.;

No. 90–7398. PICKENS *v.* ARKANSAS. Sup. Ct. Ark.;

No. 90–7422. KORNAHRENS *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. Ct. Common Pleas, Charleston County, S. C.;

No. 90–7509. MALONE *v.* MISSOURI. Sup. Ct. Mo.;

No. 90–7547. AMAYA-RUIZ *v.* ARIZONA. Sup. Ct. Ariz.; and

No. 90–7579. SANCHEZ-VELASCO *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 90–6683, 137 Ill. 2d 558, 560 N. E. 2d 594; No. 90–7132, 798 S. W. 2d 152; No. 90–7295, 563 So. 2d 77; No. 90–7317, 922 F. 2d 242; No. 90–7344, 166 Ariz. 132, 800 P. 2d 1240; No. 90–7398, 304 Ark. xxiv; No. 90–7509, 798 S. W. 2d 149; No. 90–7547, 166 Ariz. 152, 800 P. 2d 1260; No. 90–7579, 570 So. 2d 908.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–7436. SINDRAM *v.* AHALT ET AL. C. A. 4th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 90–7503. SZOKE *v.* MINNESOTA MINING & MANUFACTURING CO., INC. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 117, Orig. MISSISSIPPI *v.* UNITED STATES ET AL., 499 U. S. 916;

No. 90–846. UBEROI *v.* BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO ET AL., 498 U. S. 1068;

No. 90–919. REEL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 499 U. S. 1086;

No. 90–1002. KASCHAK *v.* SUPERIOR COURT OF CALIFORNIA, KERN COUNTY, 499 U. S. 920;

No. 90–1088. RETTIG *v.* KENT CITY SCHOOL DISTRICT ET AL., 499 U. S. 921;

No. 90–1168. TOWN OF CONCORD, MASSACHUSETTS, ET AL. *v.* BOSTON EDISON CO., 499 U. S. 931;

No. 90–6059. STEINES *v.* ADMINISTRATOR OF VETERANS AFFAIRS, 499 U. S. 923;

No. 90–6388. RETTIG *v.* KENT CITY SCHOOL DISTRICT ET AL., 499 U. S. 921;

No. 90–6497. JAMES *v.* DROPSIE COLLEGE, AKA ANNENBERG RESEARCH INSTITUTE, 499 U. S. 938;

No. 90–6601. STARR *v.* DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES (WORKERS COMPENSATION), 498 U. S. 1102;

No. 90–6824. BRENNAN *v.* OHIO ET AL., 499 U. S. 926;

No. 90–6904. JEFFRIES *v.* NIX, WARDEN, 499 U. S. 927;

No. 90–6925. BOSA *v.* BOSA, 499 U. S. 927;

No. 90–6950. WATTS *v.* JOHNSON, WARDEN, ET AL., 499 U. S. 928;

No. 90–6979. BROWN *v.* VIRGINIA ET AL., 499 U. S. 939;

No. 90–7027. MARTIN *v.* HUYETT, 499 U. S. 951;

No. 90–7119. WATSON *v.* UNITED STATES; and JACKSON *v.* UNITED STATES, 499 U. .S. 941;

No. 90–7189. HENRY *v.* UNITED STATES DEPARTMENT OF THE INTERIOR, 499 U. S. 953; and

No. 90–7215. LEIBOWITZ *v.* UNITED STATES, 499 U. S. 953. Petitions for rehearing denied.

MAY 20, 1991

No. 90–707. DEAN WITTER REYNOLDS INC. ET AL. *v.* ALFORD. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gilmer* v. *Interstate/Johnson Lane Corp.*, ante, p. 20.

No. A–805. WARD *v.* ROY H. PARK BROADCASTING CO., INC., ET AL. Gen. Ct. Justice, Super. Ct. Div., Pitt County, N. C.